MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

*Attorneys for Defendants Wellfleet*
*Communications, LLC, and Allen Roach*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>WELLFLEET COMMUNICATIONS, LLC, a Nevada Limited Liability Company; ALLEN ROACH, an individual,<br><br>Defendants. | Case No.: 2:16-CV-02353-GMN-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE**<br>**[First Request]** |

Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor, and defendants Wellfleet Communications, LLC, and Allen Roach, by and through their undersigned counsel, hereby stipulate and agree to the following extension of time and briefing schedule:

Defendants' responsive pleading is due December 12, 2016. Defendants plan to file a motion as their responsive pleading. Because of the forthcoming holidays and the parties' counsel's schedules, plaintiff and defendants hereby agree that defendants' responsive pleading or motion shall be due on January 3, 2017. Plaintiff's response to the contemplated motion

/ / /

/ / /

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
T: 702.834.8777 | F: 702.834.5262
WWW.HMLAWLV.COM

1

shall be due on January 24, 2017, and defendants' reply shall be due on February 13, 2017. This is the first requested extension of time.

Submitted this 6th day of December, 2016.

| UNITED STATES DEPARTMENT OF LABOR | HEJMANOWSKI & McCREA LLC |
|---|---|
| By:  /s/ Laura C. Bremer<br>Laura C. Bremer (CA SBN 162900)<br>Senior Trial Attorney<br>Office of the Solicitor<br>U.S. Department of Labor<br>90 Seventh Street, Suite 3-700<br>San Francisco, CA  94103<br>Tel 415-625-7757<br>Fax 415-625-7772<br>bremer.laura@dol.gov | By:  /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV  89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

_/s/ George Foley Jr._
United States Magistrate Judge

Dated: December 7, 2016

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
T: 702.834.8777 | F: 702.834.5262
WWW.HMLAWLV.COM

2