1  STEVEN W. MYHRE
   Acting United States Attorney
2
3  PATRICK A. ROSE
   Assistant United States Attorney
4  Nevada Bar No. 5109
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Facsimile: 702-388-6787
7  Email: *patrick.rose@usdoj.gov*
8  Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **EDWARD C. HUGLER,** Acting Secretary of Labor, United States Department of Labor, | ) ) Case No. 2:16-cv-02353-GMN-GWF ) |
| Plaintiff, | ) **MOTION TO ADMIT GOVERNMENT** |
| v. | ) **ATTORNEYS TO PRACTICE IN THE** ) **DISTRICT OF NEVADA FOR** |
| | ) **DURATION OF ATTORNEYS'** |
| **WELLFLEET COMMUNICATIONS, LLC,** | ) **GOVERNMENT EMPLOYMENT** |
| a Nevada limited liability company; **ALLEN ROACH,** an individual, | ) ) ) |
| Defendants. | ) ) ) |

   Pursuant to Local Rule IA 11-3, the United States Attorney respectfully requests that this honorable Court admit Government attorneys Laura C. Bremer, Tara E. Stearns, David Edeli, and Susan Seletsky to practice in this District for the above-captioned case and in all matters in this District during the period of their employment by the United States.

Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Laura C. Bremer is a Senior Trial Attorney with the U.S. Department of Labor, Office of the Solicitor. As set forth in the Declaration of Laura C. Bremer, filed concurrently, prior to filing the above-captioned case, Ms. Bremer provided the information contained in this motion to the Clerk of this Court and the Clerk sent Ms. Bremer an email stating that she was admitted, and the Clerk sent her access to the ECF system for the District of Nevada. Ms. Bremer is an active member in good standing of the bar of California, Bar No. 162900. Her contact information is as follows:

> Laura C. Bremer
> Senior Trial Attorney
> United States Department of Labor
> Office of the Solicitor
> 90 7th Street, Suite 3-700
> San Francisco, California 94103
> Phone: (415) 625-7757
> Facsimile: (415) 625-7772
> Email: Bremer.Laura@dol.gov

Tara E. Stearns is a Trial Attorney with the U.S. Department of Labor, Office of the Solicitor. As set forth in the Declaration of Tara E. Stearns, filed concurrently, prior to appearing in the above-captioned case, Ms. Stearns provided the information contained in this motion to the Clerk of this Court and the Clerk sent Ms. Stearns an email stating that she was admitted, and the Clerk sent her access to the ECF system for the District of Nevada. Ms. Stearns is an active member in good standing of the bar of California, Bar No. 291130. Her contact information is as follows:

> Tara E. Stearns
> Trial Attorney
> United States Department of Labor
> Office of the Solicitor
> 90 7th Street, Suite 3-700

San Francisco, California 94103
Phone: (415) 625-7741
Facsimile:  (415) 625-7772
Email: Stearns.Tara.E@dol.gov

David Edeli is a Trial Attorney with the U.S. Department of Labor, Office of the Solicitor.  As set forth in the Declaration of David Edeli, filed concurrently, prior to appearing in the above-captioned case, Mr. Edeli provided the information contained in this motion to the Clerk of this Court and the Clerk sent Mr. Edeli an email stating that she was admitted, and the Clerk sent her access to the ECF system for the District of Nevada.  Mr. Edeli is an active member in good standing of the bar of California, Bar No.  288536.  His contact information is as follows:

David Edeli
Trial Attorney
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Phone: (415) 625-7753
Facsimile:  (415) 625-7772
Email: Edeli.David.L@dol.gov

Susan Seletsky is Chief Counsel for FLSA Litigation with the U.S. Department of Labor, Office of the Solicitor, Western Region.  She has not yet appeared in the above-captioned case.  Ms. Seletsky is an active member in good standing of the bar of California, Bar No. 176106.  Her contact information is as follows:

Susan Seletsky
Chief Counsel for FLSA Litigation
United States Department of Labor
Office of the Solicitor
World Trade Center
350 South Figueroa Street, Suite 370
Los Angeles, California 90071
Phone: (213) 894-3990
Facsimile: (213) 894-2064
Email: Seletsky.Susan@dol.gov

Accordingly, the United States Attorney respectfully requests that the Court admit Laura C. Bremer, Tara E. Stearns, David Edeli, and Susan Seletsky to practice in the District of Nevada for the duration of their employment by the United States.

Respectfully submitted on April 4, 2017.

>STEVEN W. MYHRE
>Acting United States Attorney
>
>*/s/ Patrick A. Rose*
>PATRICK A. ROSE
>Assistant United States Attorney
>
>**IT IS SO ORDERED:**
>
>_____
>UNITED STATES MAGISTRATE JUDGE
>
>DATED: April 5, 2017

# PROOF OF SERVICE

I, Patrick A Rose, certify that the following persons were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT** on the date, and via the method of service, stated below:

**Electronic Case Filing:**

MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV  89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

Dated this 4th day of April 2017.

                                                   */s/ Patrick A. Rose*
                                                   PATRICK A. ROSE
                                                   Assistant United States Attorney