# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD C. HUGHLER,                    ) | |
|                 Plaintiffs,           ) | Case No. 2:16-CV-02353-GMN-GWF |
| vs.                                   ) | **ORDER** |
| WELLFLEET COMMUNICATIONS, LLC, *et al.*, ) | |
|                 Defendants.           ) | |

This matter is before the Court on Defendants' Motion to Enforce LR IA 11-3 and to Strike All Documents Filed in this Action by Plaintiff (ECF No. 22) and Defendants' Motion to Quash Subpoena (ECF No. 23), filed on March 31, 2017.

On April 3, 2017, the Court ordered counsel for Plaintiff to file a motion with the Court requesting that they be allowed to practice in this district pursuant to Local Rule IA 11-3. Plaintiff's counsel has since filed said motion and it has been granted by the Court. *See Order* (ECF No. 30). Therefore, the issues raised in Defendants' motions are now moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Enforce LR IA 11-3 and to Strike All Documents Filed in this Action by Plaintiff (ECF No. 22) is **granted**, in part, and **denied**, in part. Defendants' request to enforce LR IA 11-3 is **granted**. However, Defendants' request to strike all documents filed by Plaintiff is **denied**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Quash Subpoena (ECF No. 23) is **denied**.

DATED this 5th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge