MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

*Attorneys for Defendants Wellfleet Communications, LLC, and Allen Roach*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | Case No.: 2:16-CV-02353-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| WELLFLEET COMMUNICATIONS, LLC, a Nevada Limited Liability Company; ALLEN ROACH, an individual, | |
| Defendants. | **(First Request)** |

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor, and defendants Wellfleet Communications, LLC, and Allen Roach, by and through their undersigned counsel, hereby stipulate and agree to the following extension of time. On July 18, 2017, Plaintiff filed a Motion for Leave to File an Amended Complaint, ECF No. 33. Defendants' response is due August 1, 2017, and defendants plan to file a response. Because defendants' counsel will be on a planned vacation, plaintiff and defendants hereby agree that

/ / /

/ / /

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
T: 702.834.8777 | F: 702.834.5262
WWW.HMLAWLV.COM

1

defendants' response shall be due on August 11, 2017. This is the first stipulation for the extension of time to file a response to the motion.

Submitted this 20th day of July, 2017.

| UNITED STATES DEPARTMENT OF LABOR | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ David Edeli<br>David Edeli (CA SBN 288536)<br>Trial Attorney<br>Office of the Solicitor<br>U.S. Department of Labor<br>90 Seventh Street, Suite 3-700<br>San Francisco, CA  94103<br>Tel 415-625-7757<br>Fax 415-625-7772<br>edeli.david.1@dol.gov | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV  89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

## ORDER

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 28, 2017

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
T: 702.834.8777 | F: 702.834.5262
WWW.HMLAWLV.COM