JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY (CA # 176106)
Chief Counsel for FLSA Litigation
LAURA C. BREMER
Senior Trial Attorney (CA # 162900)
TARA STEARNS
Trial Attorney (CA # 291130)
DAVID EDELI
Trial Attorney (CA # 288536)
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Direct: (415) 625-7741
Facsimile: (415) 625-7772
Email: stearns.tara.e@dol.gov

Attorneys for Plaintiff
United States Department of Labor

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **R. ALEXANDER ACOSTA,** Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br> v. <br><br> **WELLFLEET COMMUNICATIONS LLC**, a Nevada Limited Liability Company; **NEW CHOICE COMMUNICATIONS, INC**, a Nevada corporation; **LIGHTHOUSE COMMUNICATIONS, LLC**, a Nevada Limited Liability Company; **ALLEN ROACH**, an individual; and **RYAN ROACH**, aka **RYAN LORE**, an individual; <br> Defendants. | **Case No.** 2:16-cv-02353-GMN-GWF <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE MOTION IN RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE** <br> **(First Request)** |

1

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor, and defendants Wellfleet Communications, LLC and Allen Roach, through their undersigned counsel, hereby stipulate and agree to the following extensions of time: The Secretary filed a First Amended Complaint on September 18, 2017. Wellfleet and Allen Roach's responsive pleading is due October 2, 2017, and they plan to file a motion as their responsive pleading. Because the parties are engaged in other motion practice and discovery, they agree that Wellfleet and Roach's responsive motion shall be due **October 10, 2017**, and the Plaintiff's opposition shall be due **November 7, 2017**. This is the first requested extension of time.

Dated: October 2, 2017

____/s/ Tara Stearns_____  
Tara Stearns (CA SBN 291130)  
Office of the Solicitor  
U.S. Department of Labor  
90 7th Street, Suite 3-700  
San Francisco, CA 94103  
Tel: 415-625-7757  
stearns.tara.e@dol.gov  
Attorney for Plaintiff Secretary of Labor  

_____/s/ Malani Kotchka_____  
Malani Kotchka (SBN 0283)  
Hejmanowski & Mcrea, LLC  
520 South Fourth Street, Suite 320  
Las Vegas, NV 89101  
Tel: 702-834-8777  
mlk@hmlawlv.com  
Attorney for Defendants Wellfleet Communications, LLC and Allen Roach  

**ORDER**

**IT IS SO ORDERED:**

_____  
UNITED STATES MAGISTRATE JUDGE

DATED: October 3, 2017

2