GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: pgarg@garggolden.com
Email: agolden@garggolden.com

Counsel for Defendants Ryan Roach,
New Choice Communications, Inc., and
Lighthouse Communications, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>WELLFLEET COMMUNICATIONS, LLC, a Nevada Limited Liability Company; NEW CHOICE COMMUNICATIONS, INC., a Nevada Corporation; LIGHTHOUSE COMMUNICATIONS, LLC, a Nevada Limited Liability Company; ALLEN ROACH, an individual; RYAN ROACH, aka RYAN LORE, an individual,<br><br>Defendants. | CASE NO.: 2:16-cv-02353-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff, R. Alexander Acosta, Secretary of Labor, United States Department of Labor, by and through the Secretary's counsel of record, and Defendants, New Choice Communications, Inc., ("New Choice"), Lighthouse Communications, LLC ("Lighthouse"), and Ryan Roach ("Ryan") (collectively, "Defendants"), by and through their counsel of record, the Garg Golden Law Firm, hereby stipulate to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint ("FAC") (ECF No. 44) to **November 6, 2017** and for Plaintiff to respond by **December 8, 2017** to any motion Defendants might file in response to the

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

1 of 2

FAC.

Counsel for Defendants had an unexpected death in the family and had to go out of town last minute for a funeral and was therefore unable to complete the responsive pleading to the FAC. Additionally, the parties were in several depositions in this case pursuant to the stipulated discovery extension, which required Defendants' counsel's attendance despite not having appeared in the case yet. This is the first request for an extension of this deadline, it is not made for the purposes of delay, and the parties submit that good cause appears for the extension. The extension will allow Defendants' counsel sufficient time to complete the responsive pleading to the FAC and for Plaintiff's counsel to respond, if necessary.

Dated this 30th day of October, 2017

GARG GOLDEN LAW FIRM

By  */s/ Anthony B. Golden*
    ANTHONY B. GOLDEN, ESQ.
    3185 St. Rose Parkway, Suite 325
    Henderson, Nevada 89052
    (702) 850-0202
    Counsel for Defendants Ryan Roach,
    New Choice Communications, Inc., and
    Lighthouse Communications, LLC

Dated this 30th day of October, 2017

U.S. DEPARTMENT OF LABOR

By  */s/ Tara Stearns*
    LARA BREMER, ESQ.
    TARA STEARNS, ESQ.
    DAVID EDELI, ESQ.
    Trial Attorneys
    Counsel for Plaintiff Secretary of Labor

**ORDER**

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: October 31, 2017

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202