MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

*Attorneys for Defendants Wellfleet
Communications, LLC, and Allen Roach*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>WELLFLEET COMMUNICATIONS, LLC, a Nevada Limited Liability Company; NEW CHOICE COMMUNICATIONS, INC., a Nevada corporation, LIGHTHOUSE COMMUNICATIONS, LLC, a Nevada Limited Liability Company; ALLEN ROACH, an individual, and RYAN ROACH, aka RYAN LORE, an individual,<br><br>Defendants. | Case No.: 2:16-CV-02353-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**<br><br>(First Request) |

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor, and defendants Wellfleet Communications, LLC, and Allen Roach, by and through their undersigned counsel, hereby stipulate and agree to the following extension of time. On October 10, 2017, Defendants Wellfleet Communications, LLC and Allen Roach filed a Motion to Dismiss or Alternatively for Summary Judgment, ECF No. 64. Plaintiffs filed their Opposition on November 7, 2017, ECF No. 74. These defendants' reply brief is due November 14, 2017.

Plaintiff and defendants hereby agree that these defendants' reply shall be due on December 1, 2017. This is the first stipulation for the extension of time to file a reply brief. The

1

parties are engaged in depositions the week of November 13 and the Thanksgiving holiday is the week of November 20. This extension is not sought for the purpose of delay.

Submitted this 13th day of November, 2017.

| UNITED STATES DEPARTMENT OF LABOR | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Tara Stearns<br>Tara Stearns (CA SBN 291130)<br>Trial Attorney<br>Office of the Solicitor<br>U.S. Department of Labor<br>90 Seventh Street, Suite 3-700<br>San Francisco, CA 94103<br>Tel 415-625-7741<br>Fax 415-625-7772<br>Stearns.Tara.E@dol.gov<br><br>Attorneys for Plaintiff | By: /s/ Malani L. Kotchka<br>Malani L. Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com<br><br>Attorneys for Defendants<br>Wellfleet Communications, LLC<br>and Allen Roach |

## ORDER

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: 11-19-17

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
T: 702.834.8777 | F: 702.834.5262
WWW.HMLAWLV.COM