GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: pgarg@garggolden.com
Email: agolden@garggolden.com

Counsel for Defendants Ryan Roach,
New Choice Communications, Inc., and
Lighthouse Communications, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | CASE NO.: 2:16-cv-02353-GMN-GWF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL** |
| v. | |
| WELLFLEET COMMUNICATIONS, LLC, a Nevada Limited Liability Company; NEW CHOICE COMMUNICATIONS, INC., a Nevada Corporation; LIGHTHOUSE COMMUNICATIONS, LLC, a Nevada Limited Liability Company; ALLEN ROACH, an individual; RYAN ROACH, aka RYAN LORE, an individual, | **(First Request)** |
| Defendants. | |

Plaintiff, R. Alexander Acosta, Secretary of Labor, United States Department of Labor ("Plaintiff"), by and through the Plaintiff's counsel of record, and Defendants, New Choice Communications, Inc., ("New Choice"), Lighthouse Communications, LLC ("Lighthouse"), and Ryan Roach ("Ryan") (collectively, "Defendants"), by and through their counsel of record, the Garg Golden Law Firm, hereby stipulate and request the Court to continue the May 1, 2018 hearing set by the Court (ECF No. 126) on Plaintiff's First Motion to Compel Documents from Defendants Ryan Roach, New Choice Communications, Inc., and Lighthouse Communications, LLC (ECF

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

1 of 2

GARG GOLDEN LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

No. 125) to May 3, 2018 or as soon thereafter as the Court's calendar permits.

Counsel for Defendants will be in a jury trial in Clark County District Court from August 26, 2018 through May 2, 2018 and will be unable to appear for a hearing on May 1, 2018 in this matter. This request is not made for the purposes of delay but to accommodate Defendants' counsel's trial schedule.

| | |
|---|---|
| Dated this 5th day of April, 2018 | Dated this 5th day of April, 2018 |
| GARG GOLDEN LAW FIRM | U.S. DEPARTMENT OF LABOR |
| By  /s/ Anthony B. Golden<br>ANTHONY B. GOLDEN, ESQ.<br>3185 St. Rose Parkway, Suite 325<br>Henderson, Nevada 89052<br>(702) 850-0202<br>Counsel for Defendants Ryan Roach,<br>New Choice Communications, Inc., and<br>Lighthouse Communications, LLC | By  /s/ Tara Stearns<br>LARA BREMER, ESQ.<br>TARA STEARNS, ESQ.<br>DAVID EDELI, ESQ.<br>Trial Attorneys<br>Counsel for Plaintiff Secretary of Labor |

## **ORDER**

IT IS SO ORDERED that, based on the foregoing stipulation, and good cause appearing, the hearing on Plaintiff's First Motion to Compel Documents from Defendants Ryan Roach, New Choice Communications, Inc., and Lighthouse Communications, LLC (ECF No. 125), currently scheduled for May 1, 2018 pursuant to this Court's Order (ECF No. 126), shall be continued to **May 9, 2018 at 10:30 am. in Courtroom 3A.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-11-2018