JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY (CA # 176106)
Chief Counsel for FLSA Litigation
LAURA C. BREMER
Senior Trial Attorney (CA # 162900)
TARA STEARNS
Trial Attorney (CA # 291130)
DAVID EDELI
Trial Attorney (CA # 288536)
Office of the Solicitor, U.S. Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Direct: (415) 625-7741
Facsimile: (415) 625-7753
Email: stearns.tara.e@dol.gov

Attorneys for Plaintiff
United States Department of Labor

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **R. ALEXANDER ACOSTA,** Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**WELLFLEET COMMUNICATIONS LLC**, a Nevada Limited Liability Company; **NEW CHOICE COMMUNICATIONS, INC**, a Nevada corporation; **LIGHTHOUSE COMMUNICATIONS, LLC**, a Nevada Limited Liability Company; **ALLEN ROACH**, an individual; and **RYAN ROACH**, aka **RYAN LORE**, an individual;<br><br>Defendants. | **Case No.** 2:16-cv-02353-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER (Fourth Request)** |

Plaintiff R. Alexander Acosta, Secretary of Labor, and Defendants Wellfleet Communications, LLC and Allen Roach, and Ryan Roach, New Choice Communications, Inc., and Lighthouse Communications, LLC, through their undersigned counsel, hereby stipulate to and request the following exten-

1

sions of the deadline for dispositive motions. The parties agree that good cause exists to extend the deadline due to the pending motions to compel. This is the fourth request to modify the scheduling order. The current deadline for dispositive motions is May 25, 2018. The new agreed-upon deadlines are:

1. Last date to file dispositive motions: **June 29, 2018**
2. Last date to file oppositions to dispositive motions: **August 15, 2018**
3. Last date to file joint pretrial order: **September 17, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

Dated: May 8, 2018

_____/s/ Tara Stearns_____
Tara Stearns (CA SBN 291130)
Office of the Solicitor
U.S. Department of Labor
90 7th Street, Suite 3-700
San Francisco, CA 94103
stearns.tara.e@dol.gov
Attorney for Plaintiff Secretary of Labor

_____/s/ Anthony Golden_____
Anthony B. Golden (SBN 9563)
Garg Golden Law Firm
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel: 702-850-0202
agolden@garggolden.com
Attorneys for Defendants Ryan Roach, New Choice Communications, Inc., and Lighthouse Communications, LLC

_____/s/ Malani Kotchka_____
Malani Kotchka (SBN 0283)
Hejmanowski & Mcrea, LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Tel: 702-834-8777
mlk@hmlawlv.com
Attorneys for Defendants Wellfleet Communications, LLC and Allen Roach

**ORDER**

**IT IS SO ORDERED:**

_____/s/ George Foley Jr._____

UNITED STATES MAGISTRATE JUDGE

DATED: __5-9-2018__

2