MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

*Attorneys for Defendants Wellfleet
Communications, LLC, and Allen Roach*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>WELLFLEET COMMUNICATIONS, LLC, a Nevada Limited Liability Company; NEW CHOICE COMMUNICATIONS, INC., a Nevada corporation, LIGHTHOUSE COMMUNICATIONS, LLC, a Nevada Limited Liability Company; ALLEN ROACH, an individual, and RYAN ROACH, aka RYAN LORE, an individual,<br><br>Defendants. | Case No.: 2:16-CV-02353-GMN-GWF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS WELLFLEET COMMUNICATIONS, LLC AND ALLEN ROACH'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR AWARD OF FEES AND COSTS [ECF NO. 134] |

Plaintiff and Defendants Wellfleet Communications, LLC and Allen Roach (collectively referred to as "WFC") (collectively the "parties"), through their respective counsel, hereby stipulate and agree to the following:

WFC filed its Motion to Compel Production of Documents and for Award of Fees and Costs on April 25, 2018. This Court set a hearing on this Motion for May 24, 2018 at 2:30 p.m.

WFC's counsel has a conflict with the date of the hearing. WFC contacted the Court to inquire about a date for continuation of said hearing and was told June 5, 2018 at 2:30 p.m. was available. The parties hereby stipulate and agree that the hearing on WFC's Motion to Compel

Production of Documents and for Award of Fees and Costs currently set for May 24, 2018 at 2:30 p.m. will be continued until **June 5, 2018 at 2:30 p.m.** The above request for an extension of the hearing is made in good faith and is not made for the purpose of delay.

Submitted this 21st day of May, 2018.

UNITED STATES DEPARTMENT OF LABOR            HEJMANOWSKI & McCREA LLC

By: /s/ Tara Stearns
Tara Stearns (CA SBN 291130)
Trial Attorney
Office of the Solicitor
U.S. Department of Labor
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Tel 415-625-7741
Fax 415-625-7772
Stearns.Tara.E@dol.gov

*Attorneys for Plaintiff*

By: /s/ Malani L. Kotchka
Malani L. Kotchka (SBN 0283)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Tel 702-834-8777
Fax 702-834-5262
mlk@hmlawlv.com

*Attorneys for Defendants
Wellfleet Communications, LLC
and Allen Roach*

## ORDER

**IT IS SO ORDERED.**

/s/ George Foley Jr.

United States District Magistrate Judge

Dated: 5-22-2018

2