JANET M. HEROLD
Regional Solicitor
MARC A. PILOTIN
Counsel for Wage and Hour Litigation
TARA STEARNS (CSBN 291130)
DAVID EDELI (CSBN 288536)
Trial Attorneys
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Direct: (415) 625-7741
Facsimile: (415) 625-7772
Email: stearns.tara.e@dol.gov

*Attorneys for Plaintiff R. Alexander Acosta*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**WELLFLEET COMMUNICATIONS LLC**, a Nevada Limited Liability Company; **NEW CHOICE COMMUNICATIONS, INC**, a Nevada corporation; **LIGHTHOUSE COMMUNICATIONS, LLC**, a Nevada Limited Liability Company; **ALLEN ROACH**, an individual; and **RYAN ROACH**, aka **RYAN LORE**, an individual,<br><br>Defendants. | Case No. 2:16-cv-02353-GMN-GWF<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF SECRETARY OF LABOR'S MOTION FOR ADMISSION OF GOVERNMENT ATTORNEY AND FOR SUBSTITUTION OF ATTORNEY |

1  Having considered the Secretary's Motion for Admission of Government Attorney and
2  for Substitution of Attorney, the Court GRANTS it. Pursuant LR IA 11-3, Marc A. Pilotin is
3  admitted to practice in the District of Nevada for the duration of his government employment.
4  The Clerk is directed to substitute Mr. Pilotin for Susan Seletsky in this case.

**IT IS SO ORDERED.**

*/s/ George Foley Jr.*
_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-16-2018