UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>WELLFLEET COMMUNICATIONS, LLC, a Nevada Limited Liability Company; NEW CHOICE COMMUNICATIONS, INC., a Nevada corporation; LIGHTHOUSE COMMUNICATIONS, LLC, a Nevada Limited Company; ALLEN ROACH, an individual; and RYAN ROACH, aka RYAN LORE, an individual,<br><br>Defendants. | Case No. 2:16-cv-02353-GMN-EJY<br><br><br><br>**ORDER** |

This matter is before the Court on Defendants New Choice Communications, Inc., Lighthouse Communications, LLC, and Ryan Roach aka Ryan Lore's (collectively, the "Defendants") failure to respond to the Court's Order, ECF No. 191.

On January 15, 2020, this Court granted the Defendants' attorneys' unopposed motion to withdraw as counsel of record. *Id*. In addition, the Court vacated the pending settlement conference in this matter and gave Defendants thirty days from the issuance of the Order to retain new counsel for the purpose of, *inter alia*, appearing at a future court ordered settlement conference. *Id*. at 1:22–23, 2:1–3. To date, Defendants have not responded to the Court's Order.

1

Accordingly,

IT IS HEREBY ORDERED that the Defendants are required to advise the Court, within **ten calendar days** of the issuance of this Order, whether they intend to retain legal representation in this matter. If so, Defendants are required to identify their counsel and provide the date their attorney(s) intend(s) to make an appearance on the record. Alternatively, Defendants must notify the Court if they elect to proceed *pro se* in this action.

When a new date for a settlement conference is set in this matter, Defendants are ordered to appear on such date with counsel, if represented, or *pro se*, if proceeding unrepresented.

DATED: April 20, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE