**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>WELLFLEET COMMUNICATIONS, LLC, *et al.*,<br><br>　　　　　　　Defendants. | Case No.: 2:16-cv-02353-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff Eugene Scalia's ("Plaintiff's") First Proposed Pretrial Order, (ECF No. 189). On May 5, 2020, this Court entered the Order directing Defendants to show cause why the Court should not enter summary judgment against them under Federal Rule of Civil Procedure 56(f)(3). (*See* Show Cause Order, ECF No. 193). The Order highlights that damages are the only remaining issue before the Court, and it is not reasonably in dispute that the Court should award Plaintiff $1,457.989.54 in damages against Defendants. (*Id.* 3:13–4:2). The Order provided Defendants fourteen (14) days to respond. (*Id.* 4:4–6). Defendants have not timely filed a response.

//
//
//
//
//
//
//
//

Accordingly,

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 56(f)(3), the Court **GRANTS** summary judgment in favor of Plaintiff.  Plaintiff may recover $1,457,989.54 in damages against Defendants.

**IT IS FURTHER ORDERED** that Plaintiff's First Proposed Pretrial Order, (ECF No. 189), is **DENIED as moot**.

The Clerk of Court shall close the case and enter judgment accordingly.

**DATED** this ___20___ day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Judge