AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor,
          Plaintiff,
  v.

WELLFLEET COMMUNICATIONS, LLC, et al.,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  2:16-cv-02353-GMN-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Plaintiff and against the Defendants. Plaintiff may recover $1,457,989.54 in damages against Defendants.

| | |
|---|---|
| 05/20/20 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |