UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARTIN J. WALSH, Secretary of Labor,

        Plaintiff - Appellee,

 v.

WELLFLEET COMMUNICATIONS; et al.,

        Defendants - Appellants.

No. 20-16385

D.C. No. 2:16-cv-02353-GMN-EJY
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered October 14, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7