**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARTIN J. WALSH, Secretary of Labor,

Plaintiff-Appellee,

vs.

WELLFLEET COMMUNICATIONS; et al.,

Defendants-Appellants.

District No.     2:16-cv-02353-GMN-EJY

U.S.C.A. No.     20-16385

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the  Ninth Circuit,

and the Court of Appeals having on 10/14/2021  , issued its judgment AFFIRMING in part and DISMISSING in

part the judgment of the District Court, and the Court being fully advised in the premises,

 NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this    9    day of_____March_____, 2021.

Gloria M. Navarro
United States District Judge