UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**JULIE A. SU[1]**,
   Acting Secretary of Labor,
   United States Department of Labor,

            Plaintiff/Judgment Creditor,

        v.

**WELLFLEET COMMUNICATIONS LLC**, a Nevada Limited Liability Company; **NEW CHOICE COMMUNICATIONS, INC.**, a Nevada corporation; **LIGHTHOUSE COMMUNICATIONS, LLC**, a Nevada Limited Liability Company; **ALLEN ROACH**, an individual; and **RYAN ROACH**, aka **RYAN LORE**, an individual,

            Defendants/Judgment Debtors,

      and

**BOSTON FIRE DEPARTMENT**,

            Garnishee.

Case No. 2:16-cv-02353-GMN-EJY

**FINAL ORDER OF GARNISHMENT**

This matter is before the Court for consideration of the entry of a final order in garnishment pursuant to Section 3205 of the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt disposable earnings of the Judgment Debtor RYAN ROACH.

Plaintiff Acting Secretary of Labor, United States Department of Labor filed an Application for Writ of Garnishment seeking any nonexempt property belonging to or owed to

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary Julie A. Su is substituted as the Plaintiff in this action.

the Judgment Debtor RYAN ROACH by BOSTON FIRE DEPARTMENT ("Garnishee"). A

Writ of Garnishment was served on Garnishee, which filed an Answer stating that it had in its

possession, custody or control, personal property belonging to and due the Judgment Debtor

RYAN ROACH in the form of wages in the amount of $3,031.88 for the pay period ending

October 11, 2024 and at least $ 2,904.09 payable weekly in future earnings.

Judgment Debtor RYAN ROACH was served with the Writ of Garnishment and notified

of his right to claim an exemption or request a hearing. Judgment Debtor RYAN ROACH did

not request a hearing to determine exempt property.

Having considered the Application, Garnishee's Answer and noting that the Judgment

Debtor has not exercised his right to request a hearing, the Court GRANTS the

Acting Secretary of Labor, United States Department of Labor's Motion for Final Order of

Garnishment and orders as follows:

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Garnishee is

hereby ordered to pay into the hands of the United States Department of Labor, at least monthly,

the lesser of:

    1.     Twenty-five percent (25%) of Judgment Debtor's disposable earnings; or

    2.     All amounts of Judgment Debtor's disposable earnings in excess of 30 times the

federal minimum hourly wage. See 15 U.S.C. § 1673(a).

To calculate disposable earnings, subtract the following from wages, commissions,

income:

    1.     Federal income tax withholding; and

    2.     F.I.C.A withholding; and

    3.     State income tax withholding; and

    4.     Public employee retirement withholding.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all monies previously

held by the Garnishee in accordance with the Writ of Garnishment shall immediately be paid to

the United States Department of Labor.

1    IT IS FURTHER ORDERED, ADJUDGED and DECREED that these sums are to be

2  applied to the Judgment rendered in the matter in the sum of $1,457,989.54, upon which there is

3  an unpaid balance of $1,457,989.54 due, as of December 12, 2024. These deductions are to

4  continue until the total amount due is fully paid and satisfied.

5    Payment required by this Order should be made through the www.pay.gov website using

6  the "WHD Back Wage Payment Form – Western Region" available at

7  https://www.pay.gov/public/form/start/77761888. Payments should reference **WHD Case ID**

8  **No. 1765378.**

9

10

11  Dated: December 13, 2024
    _____

12

13

14                                      _____
                                        GLORIA M. NAVARRO
15                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28